**2007–2162.   Dombroski v. WellPoint, Inc.**

Belmont App. No. 06 BE 60, 2007-Ohio-5054. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 4 of the court of appeals' Journal Entry filed November 13, 2007:

"Does the second prong of *Belvedere* [*Belvedere Condominium Unit Owners' Assn. v. R.E. Roark Cos., Inc.* (1993), 67 Ohio St.3d 274], which states that the corporate veil can be pierced when control of the corporation was exercised in such a manner as to commit fraud or an illegal act against the person seeking to disregard the corporate entity, also allow the corporate veil to be pierced in cases where control was exercised to commit unjust or inequitable acts that do not rise to the level of fraud or an illegal act?"

PFEIFER, J., dissents.

The conflict cases are *Collum v. Perlman* (Apr. 30, 1999), Lucas App. No. L–98–1292, and *Widlar v. Young,* Lucas App. No. L–05–1184, 2006-Ohio-868.

**2007–2175.   State v. Bailey.**

Jefferson App. No. 06 JE 22, 2007-Ohio-4995. On motion for leave to file delayed appeal. Motion denied.

MOYER, C.J., and PFEIFER and O'DONNELL, JJ., dissent.

**2007–2186.   State v. Malone.**

Marion App. No. 9–06–43, 2007-Ohio-5484. On review of order certifying a conflict. The court determines that a conflict exists. The parties are to brief the issue stated at page 1 of the court of appeals' Journal Entry filed November 15, 2007:

"Is a conviction for intimidation of a witness under R.C. 2921.04(B), which requires the witness to be involved in a criminal action or proceeding, sustainable where the intimidation occurred after the criminal act but prior to any police investigation of the criminal act, and thus, also prior to any proceedings flowing from the criminal act in a court of justice?"

O'DONNELL, J., dissents.

The conflict cases are *State v. Gooden,* Cuyahoga App. No. 82621, 2004-Ohio-2699, and *State v. Hummell* (June 1, 1998), Morrow App. No. CA–851.

**2007–2208.   State v. Davis.**

Cuyahoga App. No. 87964, 2007-Ohio-408. On motion for leave to file delayed appeal. Motion denied.

**2007–2210.   State v. Potter.**

Butler App. No. CA2006–07–166, 2007-Ohio-4216. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR, J., dissents.

**2007–2236.   State v. Hazel.**

Franklin App. Nos. 07AP–451 and 07AP–452. On motion for leave to file delayed appeal. Motion denied.

PFEIFER, J., dissents.

**2007–2242.   State v. Matthews.**

Hamilton App. Nos. C–060669 and C–060692, 2007-Ohio-4881. On motion for leave to file delayed appeal. Motion granted.

O'CONNOR and CUPP, JJ., dissent.